UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
FRANCISCO RAMOS,

      Petitioner,

   - against -

SUFFOLK COUNTY,

      Respondent.
----------------------------------------------------------x

**ORDER**
21-CV-3743 (PKC)

PAMELA K. CHEN, United States District Judge:

On June 30, 2021, *pro se* Petitioner, Francisco Ramos, who is not incarcerated at this time, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. (Petition, Dkt. 1, at ECF[1] 1.) Petitioner challenges the unfavorable outcome of a sexual offender registry proceeding based on the allegation that he received ineffective assistance of trial and appellate counsel. (*Id.* at ECF 2.) Petitioner asks the Court to "give [him] a docket number" and "allow [him] to amend the Petition later on" because he is still looking for paperwork related to the proceeding and appeal. (*Id.*)

By notice of deficient filing dated July 20, 2021, Petitioner was provided with the proper form and instructed that in order to proceed, he must either pay the $5 filing fee or return the completed *in forma pauperis* application. (Dkt. 2.) The notice also informed Petitioner that pages were missing from his June 30, 2021 submission, provided him with the complete petition form, and instructed him to submit a completed 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus. (*Id.*) Petitioner was instructed that these actions must be taken with 14 days of the date of the notice. (*Id.*)

---

[1] Citations to "ECF" refer to the pagination generated by the Court's CM/ECF docketing system and not the document's internal pagination.

More than 14 days have elapsed since the notice of deficient filing was mailed to Petitioner on July 20, 2021 and the Court has not received a response from Petitioner. However, given Petitioner's *pro se* status, the Court grants him additional time to comply with the Court's filing requirements.

The Clerk of Court is respectfully requested to send the following documents to Petitioner: (1) this Order; (2) a 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus form, and (3) a request to proceed *in forma pauperis* application. Petitioner will have **30 days from the date of this Order** to pay the $5 filing fee or return the completed *in forma pauperis* application, and to submit a completed 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus.

If Petitioner fails to comply with this Order by the extended deadline, the action will be dismissed without prejudice. No extension shall be granted without good cause shown.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: August 24, 2021
       Brooklyn, New York